UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LEON W. DAVIS | DOCKET NO.:1:14-cv-1049 |
| VERSUS | JUDGE DEE D. DRELL |
| NORTHWESTERN STATE UNIVERSITY | MAGISTRATE JUDGE JAMES D. KIRK |

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge=s findings under the applicable law;

**IT IS ORDERED** that the defendants' motion to strike and dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that Davis amend his complaint to name the Board of Supervisors for the University of Louisiana System as the defendant, request waiver of service by the defendant, and, if not accepted, effect service on defendant as proscribed by Louisiana Code of Civil Procedure article 1265 and Louisiana Revised Statute §39:1538(4) with cost of service borne by defendant.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana on this 27th day of July, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT