U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 09 2016

TONY R. MOORE CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LEON W. DAVIS | CIVIL ACTION NO. 14-1049 |
| -vs- | JUDGE DRELL |
| LOUISIANA BOARD OF SUPERVISORS OF UNIVERSITY OF LOUISIANA SYSTEMS o/b/o NORTHWESTERN STATE UNIVERSITY | MAG. JUDGE PEREZ-MONTES |

## RULING AND JUDGMENT

Before the court is a "Motion to Dismiss" filed by Defendant in the above-captioned employment discrimination suit. (Doc. 30). Defendant's motion is not opposed by Plaintiff. (Doc. 34). Having reviewed the instant motion, finds that its premise is well supported by applicable jurisprudence. Accordingly, it is hereby,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's Motion to Dismiss is **GRANTED** in that Plaintiff's claim for relief under the Age Discrimination in Employment Act ("ADEA") is **DISMISSED** with prejudice based upon our finding that this court lacks subject matter jurisdiction over same by virtue of Louisiana's Eleventh Amendment immunity from suit for claims under that statute. Kimel v. Florida Board of Regents, 528 U.S. 62 (2000); Raj v. Louisiana State University, 167 So.3d 1023 (La. App. 1 Cir. 2015). Plaintiff's remaining claims of race and disability-based discrimination are hereby preserved for further proceedings. In light of the foregoing, it is further

**ORDERED** that the parties file a new plan of work in this case within thirty (30) days of the issuance of this ruling and judgment.

1

SIGNED at **ALEXANDRIA, LOUISIANA** this 9th day of March, 2016.

                                    **DEE D. DRELL, CHIEF JUDGE**
                                    **UNITED STATES DISTRICT COURT**